# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 17, 2009

138550 & (51)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

EDWARD PINKNEY,
      Defendant-Appellant.

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

SC: 138550
COA: 286992
Berrien CC: 2005-401979-FH

_____/

      By order of April 2, 2009, the Berrien Circuit Court was directed to articulate specific reasons for imposing a "24/7 curfew" on the defendant and to file with the Clerk of the Supreme Court a transcript and related documents, if any, within 14 days of the completion of the proceedings on remand. On order of the Court, the transcript having been received, the motion for renewed immediate consideration is GRANTED, and the application for leave to appeal the February 18, 2009 order of the Court of Appeals is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 17, 2009

0610

_____
Clerk